UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALVIN BLYSTRA, individually and as principal stockholder of Micro-Environmental, Inc., a Florida Corporation,<br><br>    Plaintiff,<br><br>  and<br><br>JON R. PETTIGREW, DAVE MUILENBERG, MICHAEL E. SKRZYCKI, MAX DOERING, and TOM DYKSTRA,<br><br>    Plaintiffs,<br><br>  v.<br><br>FIBER TECH GROUP, INC., a Delaware Corporation; CHESAPEAKE SERVICES CORPORATION, a Virginia Corporation; and EDWARD McCULLOCH and THOMAS SOFO, individually and as officers of Chesapeake Services Corporation and the "Micro Set" Division of Fiber Tech Group, Inc.,<br><br>    Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NOS. 00-4593 and 01-2271 (JEI)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN THE BLYSTRA ACTION (Blystra Docket # 30) AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN THE PETTIGREW ACTION (Pettigrew Docket #21)** |

**APPEARANCES:**

BATHGATE, WEGENER & WOLF, P.C.
By: Dominic J. Aprile, Esq.
One Airport Road, P.O. Box 2043
Lakewood, N.J. 08701

DUNCAN, BLUM, & ASSOCIATES
By: David E. Blum, Esq.
1863 Kalorama Road, N.W.
Washington, D.C. 20009
  Counsel for Plaintiffs

MANDELBAUM & SALSBURG
By: Charles S. Lorber
155 Prospect Avenue
West Orange, N.J. 07052

HERBERT S. ROSENBLUM, ESQ.
526 King Street, Suite 211
P.O. Box 58
Alexandria, Va. 22313
    Counsel for Defendants Chesapeake Services Corp. and Edward
    McCulloch

THOMAS SOFO, ESQ., *pro se*
3000 Timber Wood Way
Herndon, Va. 20171

ARCHER & GREINER, PC
By: Mark Oberstaedt, Esq.
One Centennial Square
PO Box 3000
Haddonfield, N.J. 08033
    Counsel for Fiber Tech Group, Inc.


**IRENAS**, Senior District Judge:

   Currently before the Court are Fiber Tech's Motions for Summary Judgment in the Blystra and Pettigrew cases. Chesapeake Services Corporation, Edward McCulloch, and Thomas Sofo have joined Fiber Tech's motions in both actions.

   The Court having reviewed the submissions of the parties, for the reasons set forth in an Opinion issued by this Court, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing,

2

**IT IS** on this 29th day of December, 2005,

**ORDERED THAT:**

1. Defendants' Motion for Summary Judgment in the Blystra case is **GRANTED** as to all of the remaining counts in the Blystra Complaint.

2. The Clerk of Court is directed to close the Blystra file (No. 00-cv-4593).

3. Defendants' Motion for Summary Judgment in the Pettigrew case is **DENIED** as to all of the remaining counts in the Pettigrew Complaint.

_____
JOSEPH E. IRENAS
Senior District Court Judge